IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00460-MSK-MJW

DEEP TONE, INC.,

Plaintiff,

v.

ANOVA BOOKS GROUP LIMITED, et al.,

Defendants.

---

**ORDER TO SHOW CAUSE**
**and**
**ORDER RESETTING SCHEDULING/PLANNING CONFERENCE**

---

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

      This case is before this court pursuant to an Order of Reference to Magistrate Judge issued by District Judge Marcia S. Krieger on May 8, 2007. (Docket No. 9).

      This action was commenced on March 7, 2007. (Docket No. 1). Nevertheless, the plaintiff has not yet filed proof that it has served defendants Mark Anthony and Chris Goldsbrough.

      Rule 4(m) of the Federal Rules of Civil Procedure provides in relevant part:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant and direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period. . . .

2

Fed. R. Civ. P. 4(m).

In addition, Rule 41(b) provides in pertinent part:

For failure of the plaintiff to prosecute or to comply with these rules or any order of court, a defendant may move for dismissal of an action or of any claim against the defendant.  Unless the court in its order for dismissal otherwise specifies, a dismissal under this subdivision and any dismissal not provided for in this rule . . . operates as an adjudication upon the merits.

Fed. R. Civ. P. 41(b).

Based upon the foregoing, it is hereby

**ORDERED** that on August 7, 2007, at 11:00 a.m. in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado, a Show Cause Hearing will be held at which the plaintiff shall show cause why this case should not be dismissed as against defendants Mark Anthony and Chris Goldsbrough pursuant to Fed. R. Civ. P. 4(m) and/or 41(b).  It is further

**ORDERED** that the plaintiff shall forthwith serve defendants Mark Anthony and Chris Goldsbrough and file with the court proof of such service.  It is further

**ORDERED** that a Status Conference is also set for August 7, 2007, at 11:00 a.m. in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado,

Dated:   June 28, 2006          s/ Michael J. Watanabe
         Denver, Colorado       Michael J. Watanabe
                                United States Magistrate Judge