IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00460-MSK-MJW

DEEP TONE, INC., a Colorado corporation,

    Plaintiff,

v.

ANOVA BOOKS GROUP LIMITED,
STERLING PUBLISHING CO., INC.,
MARK ANTHONY, and
CHRIS GOLDSBROUGH,

    Defendants.
_____

## ORDER GRANTING DISMISSAL OF DEFENDANT CHRIS GOLDSBROUGH WITHOUT PREJUDICE
_____

THIS MATTER, having come before the Court on Plaintiff's Motion to Dismiss its Claims Against Defendant Chris Goldsbrough Without Prejudice **(#52)**, and

THE COURT, being fully advised in the premises, it is hereby

**ORDERED** that the Motion is **GRANTED**. Plaintiff's claims against Defendant Chris Goldsbrough shall be, and hereby are dismissed without prejudice.

DATED this 12th day of October, 2007.

        **BY THE COURT:**

        */s/ Marcia S. Krieger*
        _____
        Marcia S. Krieger
        United States District Judge