# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**  07-cv-00460-MSK-MJW                FTR

**Date:**  October 22, 2007                              Shelley Moore, Deputy Clerk

DEEP TONE, INC.,                                         F. Stephen Collins

               Plaintiff(s),

v.

NOVA BOOKS GROUP LIMITED, et al.,                        (no appearances)

               Defendant(s).

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING RE: MOTION FOR DEFAULT JUDGMENT DN 33**

**Court in Session 8:18 a.m.**

Court calls case. Appearance of Plaintiff's counsel. Defendant Mark Anthony has **failed to appear**.

8:21 a.m.     Plaintiff calls Francis Duhem. Witness is sworn. Direct exam by Mr. Collins.

Plaintiff's Exhibit 1 offered.
Plaintiff's Exhibit 1 ADMITTED.

Plaintiff's Exhibit 2 offered.
Plaintiff's Exhibit 2 ADMITTED.

Plaintiff has no more questions for his witness.

8:28 a.m.     Court in Recess.
8:30 a.m.     Court Reconvenes.

8:30 a.m.     Witness Duhem is excused.

**ORDERED:**     Plaintiff's Motion for Default Judgment as to Defendant Mark Anthony (document 33) is TAKEN UNDER ADVISEMENT.

**Court in recess 8:31 a.m.**
Total In-Court Time 0:13, hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.