IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00460-MSK-MJW

DEEP TONE, INC., a Colorado corporation,

       Plaintiff,

v.

ANOVA BOOKS GROUP LIMITED,
STERLING PUBLISHING CO., INC., and
MARK ANTHONY,

       Defendants.
_____

## ORDER GRANTING DISMISSAL WITH PREJUDICE
_____


THIS MATTER having come before the Court on the parties' Renewed Stipulated Motion for Dismissal with Prejudice of Plaintiff's Claims Against Defendants Anova Books Group Limited and Sterling Publishing Co., Inc. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and

THE COURT, being fully advised in the premises, it is hereby

**ORDERED** that Plaintiffs claims against Defendants Anova Books Group Limited and Sterling Publishing Co., Inc. are **DISMISSED WITH PREJUDICE**, each party to pay its own costs and attorneys fees.

DATED this 28th day of November, 2007.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge