IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

Courtroom Deputy: Patricia Glover  Date: July 8, 2008
Court Reporter: Kara Spitler

Civil Action No. 07-cv-00460-MSK-MJW

*Parties*:                                              *Counsel Appearing:*

DEEP TONE, INC., a Colorado corporation                 Francis Collins (by telephone)

       Plaintiff,

v.

MARK ANTHONY,

       Defendant.

---

## COURTROOM MINUTES

HEARING: Final Pretrial Conference.

**4:36 p.m.**     **Court in session.**

Plaintiff's counsel appears by telephone. No appearance by *pro se* defendant.

The Court address status of the case and default judgment against defendant Anthony.

**ORDER:** The record before the Court is inadequate for it to determine that there has been adequately served process upon defendant Anthony. The Court declines to adopt the magistrate judge's recommendation. The plaintiff's motion for a default judgment against defendant Anthony (**Doc. #33**) is **DENIED.**

**ORDER:** By **August 7, 2008,** plaintiff will file a new motion to entry of default and default judgment. The Court vacates the determination of default at this time **(Doc. #58).**

**4:48 p.m.**     **Court in recess.**

**Total Time: 12 minutes.**
**Hearing concluded.**