IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00460-MSK-MJW

DEEP TONE, INC., a Colorado corporation,

       Plaintiff,

v.

MARK ANTHONY,

       Defendants.
_____

**OPINION AND ORDER ADOPTING RECOMMENDATION
AND GRANTING MOTION FOR DEFAULT JUDGMENT**
_____

       **THIS MATTER** comes before the Court pursuant to the October 9, 2008 Report and Recommendation **(# 83)** of United States Magistrate Judge Michael J. Watanabe that the Plaintiff's Motion for Default Judgment **(# 77)** be granted.

       More than 10 days have elapsed, and no party has filed objections to the Recommendation. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1). Where no party files objections to a recommendation, the Court applies whatever standard of review to that recommendation that it deems appropriate. *Summers v. State of Utah*, 927 F.2d 1165, 1167 (10th Cir.1991). This Court has reviewed the recommendation under the otherwise applicable *de novo* standard of Fed. R. Civ. P. 72(b).

       Upon *de novo* review, the Court reaches the essentially the same conclusions as Magistrate Judge Watanabe and does so on the effecitvely the same rationale. Accordingly, the Court **ADOPTS** the Recommendation in its entirety. The Plaintiff's Motion for Default

Judgment **(# 77)** is **GRANTED.** A default judgement in essentially the form[1] set forth in the Recommendation shall enter contemporaneously with this opinion.

Dated this 20th day of November, 2008

**BY THE COURT:**

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge

---

[1] The Recommendation's judgment portion refers to the mark in question as being "A ONCE A WEEK," when, in fact, the actual mark is "ONCE A WEEK." In addition, the Court will modify the recommended judgment somewhat to reflect that the injunctive relief applies only to the use of the mark in the United States, and only in conjunction with "physical fitness instruction and distribution of course materials in the form of printed matter and videotapes," the purpose for which the mark is registered.